# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

## FORT MYERS DIVISION

CHAD ALEX TYNE,

     Plaintiff,

v.

SAI FORT MYERS B, LLC d/b/a BMW OF FORT MYERS,

a Florida limited liability company;

BMW OF NORTH AMERICA, LLC,

a Delaware limited liability company;

BMW FINANCIAL SERVICES NA, LLC,

a Delaware limited liability company

     Defendants.

Case No.: _____

2:26-cv-1133-JES-DNF

_____

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

### INTRODUCTION

Plaintiff Chad Alex Tyne brings this action against SAI Fort Myers B, LLC d/b/a BMW of Fort Myers ('BMW Fort Myers'), BMW of North America, LLC ('BMW NA'), BMW Financial Services NA, LLC ('BMW FS'), and BMW FS Securities LLC ('Depositor') for breach of contract, civil theft, unjust enrichment, conversion, violation of the Florida Deceptive and Unfair Trade Practices Act, and violation of the Securities Exchange Act of 1934 arising from a vehicle purchase transaction in which Plaintiff's payment was accepted, applied, and confirmed in a signed Buyer's Order, and then the vehicle was never delivered, the deal was reversed in BMW Fort Myers's own records without any refund or explanation, and the vehicle was transferred to a third party while Plaintiff's value was retained.

On November 6, 2023, Plaintiff and BMW Fort Myers executed a Buyer's Order, Deal Number 500188, for the purchase of a 2023 BMW 760i, VIN WBA33EJ01PCN93406, at a vehicle price of $123,645.00. Plaintiff's payment was submitted and accepted by BMW Fort Myers in connection with this transaction. The Buyer's Order itself confirms receipt and application of

payment, the Total Amount Due line reflects negative $0.35, meaning the account was zeroed out upon application of Plaintiff's payment.

BMW Fort Myers never delivered the vehicle. No keys were delivered. No certificate of title was issued. The deal was subsequently reversed in BMW Fort Myers's own records without any refund to Plaintiff, any written explanation, or any return of the value Plaintiff submitted payment for. Vehicle history records confirm that VIN WBA33EJ01PCN93406 was thereafter registered to a third party with 391 miles recorded as of April 2024, after Plaintiff's transaction. Defendants received double value from a single vehicle: Plaintiff's payment, which was never returned, and the value received from the subsequent disposition of the vehicle to another party.

Plaintiff demands full return of the $123,645.00 vehicle price, civil theft treble damages of $370,935.00, and all associated relief.

## PARTIES

1. Plaintiff Chad Alex Tyne is a natural person residing in Sunrise, Broward County, Florida 33313. Plaintiff is a consumer within the meaning of Fla. Stat. § 501.203(7).

2. Defendant SAI Fort Myers B, LLC d/b/a BMW of Fort Myers ('BMW Fort Myers') is a Florida limited liability company operating a BMW franchise dealership at 15421 S Tamiami Trail, Fort Myers, Lee County, Florida 33908. BMW Fort Myers is a wholly-owned subsidiary of Sonic Automotive, Inc., a Delaware corporation with its principal place of business in Charlotte, North Carolina. BMW Fort Myers may be served through its registered agent: C T Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

3. Defendant BMW of North America, LLC ('BMW NA') is a Delaware limited liability company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677. BMW NA is the exclusive importer and distributor of BMW vehicles in the United States and exercises control over BMW franchise dealerships, including BMW Fort Myers, through its franchise agreement and BMW dealer standards program. BMW NA may be served through its registered agent: C T Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

4. Defendant BMW Financial Services NA, LLC ('BMW FS') is a Delaware limited liability company with its principal place of business at 200 BMW Drive, Woodcliff Lake, New Jersey 07677. BMW FS is registered with the United States Securities and Exchange Commission under Central Index Key Number 0001541188. BMW FS acts as the Sponsor, Originator, Seller, Servicer, and Administrator of the BMW Vehicle Owner Trust asset-backed securities program. BMW FS originates retail installment sale contracts through BMW franchise dealerships, purchases those contracts, and transfers them through BMW FS Securities LLC into issuing trusts that sell asset-backed notes to investors. BMW FS may be served through its registered agent in Florida or at its principal place of business.

5. Defendant BMW FS Securities LLC ('Depositor') is a Delaware limited liability company with its principal place of business at 200 BMW Drive, Woodcliff Lake, New Jersey 07677. The Depositor is registered with the United States Securities and Exchange Commission under Central Index Key Number 0001136586. The Depositor filed a Form SF-3 Registration Statement with the SEC on March 5, 2025, establishing a shelf securitization program for BMW Vehicle Owner Trust asset-backed notes. The Depositor acts as the depositor in the securitization structure, transferring receivables from BMW FS into the issuing trusts. The eligible asset class

under the SF-3 registration is defined as retail installment sale contracts secured by BMW passenger cars, BMW light trucks, BMW motorcycles, MINI passenger cars, Rolls-Royce passenger cars, and Rolls-Royce light trucks. The Depositor may be served through its registered agent in Florida or at its principal place of business.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) because Plaintiff asserts claims arising under the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5. This Court also has subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) because the amount in controversy exceeds $75,000 exclusive of interest and costs, and the parties are citizens of different states. Plaintiff is a citizen of Florida. Defendant BMW Fort Myers is a Florida LLC whose sole member, Sonic Automotive, Inc., is incorporated in Delaware with its principal place of business in Charlotte, North Carolina. Defendants BMW NA, BMW FS, and the Depositor are each Delaware entities with principal places of business in New Jersey. This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

7. The amount in controversy exceeds $75,000. Plaintiff's compensatory demand is $123,645.00. Plaintiff's civil theft treble damages claim under Fla. Stat. § 772.11 is $370,935.00. The total minimum demand is $494,580.00 exclusive of disgorgement, interest, attorney's fees, and costs.

8. Venue is proper in this District and in the Fort Myers Division under 28 U.S.C. § 1391(b)(2) and Middle District of Florida Local Rule 1.04. The transaction was entered into at BMW Fort

Myers's dealership in Fort Myers, Lee County, Florida. The Buyer's Order, Deal Number 500188, was executed in Lee County. The vehicle at issue was located in Lee County. The breach occurred in Lee County. Lee County is within the Fort Myers Division of the Middle District of Florida.

9. Defendants are subject to personal jurisdiction in Florida because BMW Fort Myers operates a dealership in Florida, BMW NA has purposefully availed itself of the Florida market through its franchise dealership network, and BMW FS and the Depositor originate and service consumer receivables generated in Florida through the BMW franchise dealer network, including BMW Fort Myers.

## STATEMENT OF FACTS

### A. The Transaction — Payment Accepted, Contract Executed, Vehicle Never Delivered

10. On or about October 28, 2023, Plaintiff submitted a credit application and payment to BMW Fort Myers in connection with the purchase of a 2023 BMW 760i, VIN WBA33EJ01PCN93406, Deal Number 500188 (the 'Vehicle'). BMW Fort Myers received and accepted Plaintiff's payment in connection with this transaction.

11. On November 6, 2023, BMW Fort Myers and Plaintiff executed a Buyer's Order, Deal Number 500188, Customer Number 106253, at BMW Fort Myers's dealership located at 15421 S Tamiami Trail, Fort Myers, Lee County, Florida 33908. The Buyer's Order identified the Vehicle as a 2023 BMW 760i, VIN WBA33EJ01PCN93406, at a vehicle price of $123,645.00.

12. The executed Buyer's Order reflects a Total Amount Due of negative $0.35. This figure, a zeroed-out total reflecting a credit balance, confirms that BMW Fort Myers received, accepted, and applied Plaintiff's payment to the transaction at the time of execution. A negative Total Amount Due on a dealer Buyer's Order is not a coincidence or an administrative error. It is the accounting record of accepted payment.

13. The Buyer's Order states on its face: 'Buyer is making a firm offer to purchase the Vehicle for the terms stated herein, that as a firm offer, Seller has thirty (30) days in which to accept this offer, that Buyer may not withdraw such firm offer during this thirty-day period.' BMW Fort Myers did not reject or return Plaintiff's offer within thirty days.

14. Following execution of the Buyer's Order, Plaintiff transmitted a letter dated November 20, 2023 to BMW Fort Myers, confirming pre-delivery arrangements and directing BMW Fort Myers to prepare the Vehicle for delivery. This letter was received by BMW Fort Myers.

15. The Vehicle was never delivered to Plaintiff. No keys were delivered. No certificate of title was issued to Plaintiff. Plaintiff has never had possession of the Vehicle at any time.

16. No value was returned to Plaintiff. The $123,645.00 vehicle price reflected in the Buyer's Order was never refunded, reversed, or otherwise returned to Plaintiff in any form.

17. On December 13, 2023, Plaintiff emailed Alberto Ramos at BMW Fort Myers at alberto.ramos@bmwoffortmyers.com requesting an update on the status of the Vehicle and confirming that a written notice had been delivered to BMW Fort Myers the prior Monday. BMW Fort Myers did not respond.

## B. BMW Fort Myers Failed to Deliver the Vehicle and Transferred It to a Third Party

18. The deal associated with Plaintiff's transaction, Deal Number 500188, was subsequently reversed by BMW Fort Myers. No refund was issued to Plaintiff. No written explanation was provided. No value of any kind was returned to Plaintiff in connection with this reversal.

19. Vehicle history records for VIN WBA33EJ01PCN93406, obtained from Bumper, confirm that the Vehicle was registered to one owner with 391 miles recorded as of April 2024. This registration event postdates Plaintiff's November 6, 2023 transaction, establishing that BMW Fort Myers transferred or made available the Vehicle to a third party after accepting Plaintiff's payment and executing the Buyer's Order with Plaintiff.

20. Defendants thus received double value from a single vehicle: Plaintiff's payment of $123,645.00, which was accepted, applied, and never returned; and the value received from the subsequent disposition of the Vehicle to a third party.

## C. Defendants' Failure to Respond to Demand

21. Plaintiff transmitted a formal demand letter to BMW Fort Myers and BMW NA via certified mail, setting forth all claims and demanding return of the full vehicle price of $123,645.00, plus civil theft treble damages of $370,935.00. The fifteen-day response deadline passed without any written communication, offer, or acknowledgment from either Defendant.

## D. The BMW Securitization Program

22. BMW Financial Services NA, LLC ('BMW FS') is registered with the SEC under Central Index Key Number 0001541188 and operates as the Sponsor, Originator, Seller, Servicer, and Administrator of an ongoing asset-backed securities program through which retail installment sale contracts originated at BMW franchise dealerships are purchased, transferred into issuing trusts, and sold to investors as asset-backed notes.

23. BMW FS Securities LLC ('Depositor') is registered with the SEC under Central Index Key Number 0001136586 and acts as the Depositor in the securitization structure. The Depositor filed a Form SF-3 Registration Statement with the SEC on March 5, 2025, establishing the ongoing shelf securitization program for BMW Vehicle Owner Trust asset-backed notes under Registration Statement Nos. 333-262471 and related amendments. The SF-3 defines the eligible asset class as retail installment sale contracts secured by BMW passenger cars, BMW light trucks, BMW motorcycles, MINI passenger cars, Rolls-Royce passenger cars, and Rolls-Royce light trucks.

24. The Depositor has issued multiple BMW Vehicle Owner Trusts under this shelf registration program. On May 5, 2022, the Depositor filed a Form 424H prospectus with the SEC for BMW Vehicle Owner Trust 2022-A, Issuing Entity CIK 0001921318, under Registration Statement Nos. 333-262471 and 333-262471-01, with $1,250,000,000 in asset-backed notes underwritten by RBC Capital Markets, BNP PARIBAS, and J.P. Morgan. On July 13, 2023 — four months before Plaintiff's November 6, 2023 transaction — the Depositor filed a Form 424B5 prospectus with the SEC for BMW Vehicle Owner Trust 2023-A, Issuing Entity CIK 0001979860, under Registration Statement Nos. 333-262471 and 333-262471-02, with $1,500,000,000 in asset-backed notes underwritten by TD Securities, MUFG, and Wells Fargo Securities, with a first payment date of August 25, 2023. Both prospectuses define the eligible asset class as retail

installment sale contracts secured by BMW passenger cars, BMW light trucks, BMW motorcycles, and MINI passenger cars. Both are on the public record at SEC EDGAR.

25. The securitization chain operates as follows: BMW franchise dealers, including BMW Fort Myers, originate retail installment sale contracts with consumers. BMW FS purchases those contracts from the dealers. BMW FS, acting as Seller, transfers the receivables to the Depositor. The Depositor transfers the receivables into the issuing trust. The trust issues asset-backed notes to investors. At the moment of transfer into the trust, BMW FS recognizes a gain on sale equal to the present discounted value of the payment stream on each receivable transferred.

26. The Buyer's Order, Deal Number 500188, dated November 6, 2023, is a retail installment sale contract for a 2023 BMW 760i, a BMW passenger car, originated at BMW franchise dealer BMW Fort Myers. A retail installment sale contract for a BMW passenger car originated at a BMW franchise dealer is an eligible receivable under the BMW Vehicle Owner Trust shelf securitization program as defined in the SF-3 registration and the operative 424(b) prospectuses filed by BMW FS Securities LLC with the SEC. Plaintiff received no disclosure from any Defendant at any time that his instrument would be transferred into the securitization program, that a gain on sale would be recognized upon that transfer, or that Plaintiff had any right to participate in or receive any portion of those proceeds.

## COUNT I

## BREACH OF CONTRACT

*(Against BMW Fort Myers)*

27. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

28. On November 6, 2023, BMW Fort Myers generated and transmitted to Plaintiff a Buyer's Order, Deal Number 500188, for the purchase of a 2023 BMW 760i, VIN WBA33EJ01PCN93406, at a vehicle price of $123,645.00. Plaintiff signed the Buyer's Order. The Total Amount Due reflected on the signed Buyer's Order is negative $0.35. BMW Fort Myers never rejected or returned Plaintiff's offer within thirty days as provided in the firm offer clause on the face of the Buyer's Order.

29. Plaintiff submitted payment in connection with the transaction. The Total Amount Due of negative $0.35 on the face of the signed Buyer's Order reflects that Plaintiff's payment was received and applied to the transaction. BMW Fort Myers accepted that payment. No portion of that payment was ever returned to Plaintiff.

30. BMW Fort Myers failed to deliver the Vehicle to Plaintiff. No keys were delivered. No certificate of title was issued to Plaintiff. The Vehicle was never made available to Plaintiff at any time. BMW Fort Myers accepted Plaintiff's payment, did not deliver the Vehicle, did not return Plaintiff's payment, and provided no written explanation for its failure to perform.

31. As a direct and proximate result of BMW Fort Myers's failure to deliver the Vehicle, Plaintiff sustained damages of $123,645.00, representing the full vehicle price paid and never returned, plus consequential damages and pre-judgment interest from November 6, 2023.

32. WHEREFORE, Plaintiff demands judgment against BMW Fort Myers for: (a) compensatory damages of $123,645.00; (b) consequential damages; (c) pre-judgment interest from November 6, 2023; and (d) such other and further relief as the Court deems just and proper.

## COUNT II

## FLORIDA CIVIL THEFT — FLA. STAT. § 772.11

## TREBLE DAMAGES

*(Against BMW Fort Myers)*

33. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

34. Florida's Civil Theft statute, Fla. Stat. § 772.11, provides a civil cause of action for any person injured by a violation of Fla. Stat. §§ 812.012–812.037. A person commits theft when he or she knowingly obtains or uses, or endeavors to obtain or use, another's property with intent to temporarily or permanently deprive the person of a right to the property or appropriate the property to his own use. Fla. Stat. § 812.014.

35. On November 6, 2023, BMW Fort Myers accepted Plaintiff's payment in connection with Deal Number 500188 and generated a signed Buyer's Order reflecting a Total Amount Due of negative $0.35. BMW Fort Myers did not deliver the Vehicle. BMW Fort Myers did not return

Plaintiff's payment. The deal was subsequently reversed by BMW Fort Myers with no refund issued to Plaintiff. The Vehicle was thereafter registered to a third party. BMW Fort Myers retained Plaintiff's payment of $123,645.00 at all times.

36. Plaintiff transmitted a written pre-suit demand to BMW Fort Myers pursuant to Fla. Stat. § 772.11 on or about the date of the formal demand letter described in paragraph 21. BMW Fort Myers did not respond within thirty days and did not return any portion of Plaintiff's payment.

37. Pursuant to Fla. Stat. § 772.11, Plaintiff is entitled to treble damages of $370,935.00 ($123,645.00 × 3), plus mandatory attorney's fees and court costs.

38. WHEREFORE, Plaintiff demands judgment against BMW Fort Myers for: (a) treble damages of $370,935.00 under Fla. Stat. § 772.11; (b) mandatory attorney's fees and court costs; and (c) such other and further relief as the Court deems just and proper.

## COUNT III

## UNJUST ENRICHMENT

*(Against All Defendants)*

39. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

40. Plaintiff submitted payment of $123,645.00 to BMW Fort Myers in connection with Deal Number 500188. BMW Fort Myers received and applied that payment, as reflected by the Total Amount Due of negative $0.35 on the signed Buyer's Order. BMW Fort Myers did not deliver the Vehicle and did not return the payment. BMW Fort Myers retained $123,645.00 of Plaintiff's funds.

41. BMW of North America, LLC is the franchisor of BMW Fort Myers and exercises control over BMW Fort Myers through its franchise agreement and BMW dealer standards program. BMW NA authorized BMW Fort Myers to hold itself out as an authorized BMW dealer and to accept payments from consumers in connection with vehicle purchase transactions.

42. BMW Financial Services NA, LLC and BMW FS Securities LLC received the benefit of Plaintiff's instrument through the securitization program described in paragraphs 22 through 26. At the moment of transfer of Plaintiff's instrument into the issuing trust, BMW FS recognized a gain on sale from the payment stream on Plaintiff's instrument. Plaintiff received no portion of those proceeds.

43. WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for: (a) restitution of $123,645.00; (b) disgorgement of all securitization proceeds generated from Plaintiff's instrument; (c) a constructive trust over all proceeds derived from Plaintiff's payment and from any subsequent disposition of the Vehicle; (d) an accounting of all value received by Defendants in connection with VIN WBA33EJ01PCN93406 and Deal Number 500188; (e) pre-judgment interest from November 6, 2023; and (f) such other and further relief as the Court deems just and proper.

## COUNT IV

## CONVERSION

*(Against BMW Fort Myers)*

44. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

45. Plaintiff submitted payment of $123,645.00 to BMW Fort Myers in connection with Deal Number 500188. BMW Fort Myers received and applied that payment. BMW Fort Myers did not deliver the Vehicle. BMW Fort Myers did not return the payment. BMW Fort Myers retained Plaintiff's funds while the Vehicle was transferred to a third party. Plaintiff demanded return of his funds by formal written demand. BMW Fort Myers did not respond and did not return the funds.

46. As a direct result of BMW Fort Myers's retention of Plaintiff's funds, Plaintiff was damaged in the amount of $123,645.00, plus consequential damages.

47. WHEREFORE, Plaintiff demands judgment against BMW Fort Myers for: (a) compensatory damages of $123,645.00; (b) consequential damages; (c) punitive damages; and (d) such other and further relief as the Court deems just and proper.

## COUNT V

## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT

## FLA. STAT. § 501.204

*(Against BMW Fort Myers and BMW NA)*

48. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

49. BMW Fort Myers accepted Plaintiff's payment of $123,645.00 for the Vehicle. The signed Buyer's Order, Deal Number 500188, reflects a Total Amount Due of negative $0.35, confirming receipt and application of Plaintiff's payment. BMW Fort Myers did not deliver the Vehicle. BMW Fort Myers did not return Plaintiff's payment. The Vehicle was thereafter transferred to a third party. BMW Fort Myers provided no written explanation for its failure to deliver the Vehicle or return Plaintiff's payment at any time.

50. BMW of North America, LLC franchised and authorized BMW Fort Myers to operate as an authorized BMW dealership and to conduct vehicle purchase transactions with consumers under the BMW name and brand.

51. Plaintiff suffered actual damages of $123,645.00 as a direct result of the foregoing conduct, representing the vehicle price paid and never returned.

52. WHEREFORE, Plaintiff demands judgment against Defendants for: (a) actual damages of $123,645.00; (b) declaratory relief establishing that Defendants' conduct violated Fla. Stat. §

501.204; (c) injunctive relief: (d) mandatory attorney's fees and costs under Fla. Stat. § 501.2105; and (e) such other and further relief as the Court deems just and proper.

## COUNT VI

## VIOLATION OF SECURITIES EXCHANGE ACT § 10(B)

## AND RULE 10B-5(A) AND (C) — SCHEME LIABILITY

*(Against BMW Financial Services NA, LLC)*

53. Plaintiff realleges and incorporates by reference paragraphs 1 through 26 as if fully set forth herein.

54. On November 6, 2023, BMW Fort Myers generated and transmitted to Plaintiff a Buyer's Order, Deal Number 500188, for the purchase of a 2023 BMW 760i, VIN WBA33EJ01PCN93406, at a vehicle price of $123,645.00. Plaintiff signed the Buyer's Order. The executed Buyer's Order constitutes a written obligation to pay $123,645.00 — a note within the meaning of Securities Exchange Act § 3(a)(10), 15 U.S.C. § 78c(a)(10). Under Reves v. Ernst & Young, 494 U.S. 56 (1990), notes are presumed to be securities.

55. BMW Financial Services NA, LLC, acting as Sponsor, Originator, and Servicer of the BMW Vehicle Owner Trust securitization program registered with the SEC under CIK 0001541188, and BMW FS Securities LLC, acting as Depositor under CIK 0001136586, operate a program

through which retail installment sale contracts originated at BMW franchise dealerships are transferred into issuing trusts and sold to investors as asset-backed notes. A retail installment sale contract for a BMW passenger car is an eligible receivable under the program as defined in the SF-3 Registration Statement filed March 5, 2025, and the operative 424(b) prospectuses on file at SEC EDGAR.

56. Plaintiff's Buyer's Order, Deal Number 500188, is a retail installment sale contract for a BMW passenger car originated at BMW franchise dealer BMW Fort Myers. At no point did any Defendant disclose to Plaintiff that his instrument would be transferred into the securitization program, that a gain on sale would be recognized upon that transfer, or that Plaintiff had any right to receive any portion of those proceeds. Plaintiff received no vehicle, no consideration, and no proceeds from the transfer of his instrument.

57. BMW FS Securities LLC used interstate wire communications to file the following documents with the SEC via EDGAR, an electronic filing system operating across interstate commerce, each in furtherance of the securitization program: (a) Form 424H prospectus for BMW Vehicle Owner Trust 2022-A, Issuing Entity CIK 0001921318, filed May 5, 2022, Registration Statement Nos. 333-262471 and 333-262471-01; (b) Form 424B5 prospectus for BMW Vehicle Owner Trust 2023-A, Issuing Entity CIK 0001979860, filed July 13, 2023, Registration Statement Nos. 333-262471 and 333-262471-02, with a first payment date of August 25, 2023; and (c) Form SF-3 Registration Statement filed March 5, 2025, CIK 0001136586, establishing the ongoing shelf program. All three filings represent to investors that eligible receivables include retail installment sale contracts secured by BMW passenger cars originated at BMW franchise dealers. All three filings are on the public record at SEC EDGAR.

58. Plaintiff was damaged in an amount equal to the full value of his instrument and all securitization proceeds generated therefrom, the exact amount of which will be determined through discovery.

59. WHEREFORE, Plaintiff demands judgment against BMW Financial Services NA, LLC and BMW FS Securities LLC for: (a) compensatory damages equal to the value of all securitization proceeds generated from Plaintiff's instrument; (b) disgorgement of all gains derived from the transfer of Plaintiff's instrument; (c) pre-judgment interest from November 6, 2023; and (d) such other and further relief as the Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Chad Alex Tyne respectfully requests that this Court enter judgment in his favor and against Defendants in the minimum total amount of $494,580.00, representing compensatory damages of $123,645.00 plus civil theft treble damages of $370,935.00, plus disgorgement of all securitization proceeds, pre-judgment interest from November 6, 2023, punitive damages, and mandatory attorney's fees and costs, and specifically for the following relief:

A.   Compensatory damages of $123,645.00, representing the full vehicle price accepted by BMW Fort Myers in connection with Deal Number 500188, dated November 6, 2023, as confirmed by the signed Buyer's Order reflecting a Total Amount Due of negative $0.35;

B.   Treble damages of $370,935.00 under Fla. Stat. § 772.11 (Florida Civil Theft);

C.   Disgorgement of all securitization proceeds generated from Plaintiff's instrument, including the full gain on sale recognized by BMW Financial Services NA, LLC upon transfer of Plaintiff's instrument into the BMW Vehicle Owner Trust, the exact amount to be determined through discovery;

D.   A constructive trust over all proceeds derived from Plaintiff's payment and from any subsequent disposition of VIN WBA33EJ01PCN93406;

E.   An accounting of all value received by BMW Fort Myers and BMW Financial Services NA, LLC in connection with VIN WBA33EJ01PCN93406 and Deal Number 500188;

F.   Punitive damages for the intentional and deliberate nature of Defendants' conduct;

G.   Pre-judgment interest from November 6, 2023;

H.   Mandatory attorney's fees and costs under Fla. Stat. §§ 501.2105 and 772.11;

I.   Declaratory relief that Defendants' conduct constituted a violation of Florida FDUTPA, Florida Civil Theft, and SEA § 10(b);

J.   Injunctive relief prohibiting Defendants from engaging in the conduct described herein against other consumers; and

K.   Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Chad Alex Tyne

Pro Se Plaintiff

6840 NW 29th Street

Sunrise, Florida 33313

(954) 557-2065

chad.alex.tyne@gmail.com

Date: 04/08/2026